UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. P0622584

U.S.A.
v.

Matthew Carson

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

City            State            Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____        _____
                              Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ 215.00            (✓) Penalty ASSESSMENT of $ 10.00

(✓) PROCESSING Fee of $ 25.00        for a **TOTAL AMOUNT** of $ 250.00,

paid within 30 days ~~xxxxxxxxxxxxx~~ OR payments of $ _____ per month, commencing

_____ and due on the 9/14/2007 _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Unsupervised probation for 6 months. Terms and Conditions: Obey all laws, serve two days custody with credit for two days served. Obey all DNC housing regulations. Do not drink alcohol to excess. Bond in the amount of $400 shall be forfeited to surety.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| ✓ CENTRAL VIOLATIONS BUREAU | ☐ CLERK, U.S.D.C. | ☐ CLERK, U.S.D.C. |
|---|---|---|
| PO Box 70939 | 501 'I' St., #4-200 | 2500 Tulare St., Rm 1501 |
| Charlotte, NC 28272-0939 | Sacramento, CA 95814 | Fresno, CA 93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 8/14/2007            /s/ Laurie C. Yu
                              for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007